UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUZ M. SALAZAR, | ) | Case No. CV 05-3596 JC |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JO ANNE B. BARNHART, COMMSSIONER OF SOCIAL SECURITY, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and that this action is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 25, 2006

_____/s/_____
JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE